CLOSED

NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AKIL ASIM BEY, | : | Civil Action No. 09-04558 (SRC) |
| Plaintiff, | : | ORDER |
| v. | : | |
| THE STATE OF NEW JERSEY, JUDGE JOSEPH JONES, SAMUEL PRESTI, SUSAN PAUL AND MICHAEL COLANERI, Jr., | : | |
| Defendants. | : | |

**CHESLER**, District Judge

This matter having come before the Court on Plaintiffs' application to proceed *in forma pauperis*; and the Court having reviewed the application to proceed *in forma pauperis* under 28 U.S.C. §1915(a); and the Court having reviewed the Complaint under 28 U.S.C. §1915(e)(2)(B); and for the reasons expressed in the Opinion filed herewith;

**IT IS** on this 21st day of September, 2009,

**ORDERED** that Plaintiffs' application to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. §1915(a); and it is further

**ORDERED** that the Clerk of the Court is hereby directed to file the Complaint in this action without pre-payment of the filing fee; and it is further

**ORDERED** that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE** on the Court's own motion pursuant to 28 U.S.C. §§1915(e)(2)(B)(i) - (iii); and it is further

**ORDERED** that this case is **CLOSED**.

                                        s/Stanley R. Chesler  
                                        STANLEY R. CHESLER  
                                        United States District Judge

DATED: September 21, 2009